Jack Hill
Attorney at Law
507 Polk St., Suite 350
San Francisco, CA 94102
Telephone: (415) 440-2020

Hugo Torbet
Attorney at Law, SBN 147650
507 Polk St., Suite 350
San Francisco, CA 94102
Telephone: (415) 673-5271

Attorneys for Plaintiff Daniel Den Hartog

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DEN HARTOG, | No. C 03 2986 SBA |
| Plaintiff, | |
| v. | |
| JOTS, INC., an Oregon Corporation, doing business as JOT'S RESORT, McKINNEY & ASSOCIATES, an Oregon Limited Partnership doing business as JOT'S RESORT VENTURE and/or JOT'S RESORT VENTURES, the ESTATE OF GENTRY McKINNEY, and DOES 1 through 50, inclusive, | ORDER GRANTING SECOND AGREED MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| Defendants. | |

The Court, having considered the Second Agreed Motion to Extend Time to File Amended Complaint and the representations contained therein, GRANTS and ORDERS that plaintiff may file his amended complaint by April 28, 2005.

DATED: 4-22-05         /s/ Saundra Brown Armstrong
                       Honorable Saundra Brown Armstrong
                       United States District Judge