Jack Hill
Attorney at Law
507 Polk St., Suite 350
San Francisco, CA 94102
Telephone: (415) 440-2020

Hugo Torbet
Attorney at Law, SBN 147650
507 Polk St., Suite 350
San Francisco, CA 94102
Telephone: (415) 673-5271

Attorneys for Plaintiff Daniel Den Hartog

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DEN HARTOG, | No. C 03 2986 SBA |
| Plaintiff, | |
| v. | |
| JOTS, INC., an Oregon Corporation, doing business as JOT'S RESORT, and DOES 1 through 50, inclusive, | ~~(PROPOSED)~~ ORDER GRANTING PLAINTIFF'S EX-PARTE APPLICATION TO FILE SURREPLY TO DEFENDANT'S MOTION TO DISMISS THIRD AMENDED COMPLAINT |
| Defendants. | |

The Court having considered the plaintiff's ex-parte application and request and the representations contained therein for leave to file a surreply to Defendants' Motion to Dismiss Third Amended Complaint, GRANTS and ORDERS that the plaintiff be allowed to file and serve a surreply of not more than __5__ pages, no later than __August 2, 2005__.

Dated: 7/26/05

/s/ Saundra Brown Armstrong
SAUNDRA BROWN ARMSTRONG,
United States District Judge

*IT IS SO ORDERED*
*Saundra B. Armstrong*
*Judge Saundra B. Armstrong*

Proposed Order Granting Request to File Surreply
Case No. C 03 2986 SBA

1