Wayne Mackeson, OSB #82326 *Admitted pro hac vice*
BIRMINGHAM AND MACKESON
1001 SW Fifth Avenue, Suite 2175
Portland, OR 97204
Telephone: (503) 224-4533
e-mail: wayne@epuerto.com

Of Attorneys for Defendant

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DEN HARTOG, | ) |
| | ) |
| Plaintiff, | ) Case No. 03-02986 SBA |
| | ) |
| v. | ) |
| | ) SUBSTITUTION OF |
| JOT'S INC., an Oregon corporation doing business as JOT'S | ) COUNSEL AND |
| RESORT, and DOES 1 through 50, inclusive; | ) ORDER THEREON |
| | ) |
| Defendants. | ) |

COME NOW Defendant Jot's, Inc., who hereby substitutes

Michael L. Marx, CSB #77318
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, CA 94104
Telephone: 415-705-0156
Fax: 415-705-0411
E-mail: mmarx@jgn.com

as counsel, for and in the place of John P. Crowell, OSB #82478, admitted *pro hac vice*, and

Page  - 1   SUBSTITUTION OF COUNSEL

David J. Briggs, CSB #99384.

Wayne Mackeson, admitted *pro hac vice*, shall remain as counsel for defendant.

IT IS SO AGREED:

Jot's, Inc.

*/s/ Virginia McKinney*
By Virginia McKinney,
President

*/s/ John P. Crowell*
John P. Crowell, *pro hac vice*

David J. Briggs, CSB #99384

*/s/ Michael L. Marx*
Michael L. Marx, CSB #77318
JENKINS GOODMAN NEUMAN & HAMILTON LLP

The foregoing substitution of counsel is approved.

Dated this ___ day of September, 2005.

Dated: 9-19-05


IT IS SO ORDERED
Judge Saundra B. Armstrong

Saundra B. Armstrong
United States District Judge

Page  - 2   SUBSTITUTION OF COUNSEL

John P. Crowell
Attorney at Law
1211 S.W. Fifth Avenue, Suite 2330
Portland, OR 97204-3713
(503) 222-4455 Fax:(503) 243-2717