United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL DEN HARTOG,

    Plaintiff,

v.

JOT'S INC., et al.,

    Defendants.

No. C 03-2986-SBA

**ORDER**

[Docket No. 135]

On December 7, 2005, Plaintiff's counsel, Mr. Hugo Torbet, filed a Motion to Withdraw as Counsel of Record for Plaintiff Daniel Den Hartog ("Motion to Withdraw") [docket no. 135.]  On January 13, 2006, the parties filed a Notice of Settlement informing the Court that a settlement had been reached in this matter.  On January 19, 2006, an Order Dismissing Action was entered [docket no. 142.]  The Order Dismissing Action dismissed with prejudice all claims in this action and provided that, in the event settlement is not reached, any party may move to reopen the case so long as such motion is filed within 120 days of the Order Dismissing Action.

Accordingly,

IT IS HEREBY ORDERED THAT the Motion to Withdraw as Counsel of Record for Plaintiff is DENIED without prejudice to refiling.  If Mr. Torbet chooses to refile the Motion to Withdraw, such motion must satisfy the following conditions:

1. Counsel must provide a basis for his motion to enable the Court to evaluate his motion to withdraw from the case.  If necessary, such a motion may be filed under seal to preserve any confidential and/or privileged material that would be disclosed.

2. Pursuant to the requirements of Civil Local Rule 11-5(a), counsel must demonstrate that written notice of his intended withdrawal was given reasonably in advance to the client, and all other parties who have appeared in the case.  Civ. L.R. 11-5(a).

**United States District Court**
For the Northern District of California

1    3. If counsel is correct that his client assents to the motion, the motion should be
2 accompanied by a signed declaration from his client, indicating his client knowingly and freely
3 assents to the termination of the employment of counsel.
4    4. The motion must be accompanied by a signed declaration from counsel, confirming his
5 "understanding" that, if the motion were granted, Plaintiff's remaining counsel of record is a member
6 of the Northern District, and is competent to proceed in this matter without local counsel.
7    5. Counsel must demonstrate the necessity of the Court's resolution of the motion, given the
8 settlement of this case and the Order Dismissing Action entered on January 19, 2006.
9    IT IS SO ORDERED.

11   Dated: 1/23/06          _____
                              SAUNDRA BROWN ARMSTRONG
                              United States District Judge