Jack Hill
Attorney at Law
750 La Playa, #433
San Francisco, CA 94121
Telephone: (415) 440-2020

Hugo Torbet
Attorney at Law, SBN 147650
807 Montgomery Street
San Francisco, CA 94133
Telephone: (415) 297-7522

Attorneys for Plaintiff Daniel Den Hartog

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DEN HARTOG, | No. C 03 2986 SBA |
| Plaintiff, | |
| v. | |
| JOTS, INC., an Oregon Corporation, doing business as JOT'S RESORT, and DOES 1 through 50, inclusive. | ORDER EXTENDING DEADLINE FOR CONDITIONAL DISMISSAL |
| Defendant. | |

The Court, having considered counsel for the Plaintiff's letter dated May 17, 2006, requesting the extension of the conditional dismissal deadline of this matter from May 19, 2006, to June 15, 2006, and for good cause shown,

ORDERS that the conditional dismissal of this matter is extended to June 15, 2006.

DATED: 5/24/06

_Saundra B Armstrong_
Honorable Saundra Brown Armstrong
United States District Judge

(Proposed) Order Extending Conditional Dismissal Deadline
03 02986 SBA

-1-